IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTINA L. NUZUM,**

      **Plaintiff,**

**v.**                                           Case No.:  2:17-cv-521
                                                                 JUDGE GEORGE C. SMITH
                                                                 Magistrate Judge Jolson

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on January 31, 2018, recommending that Plaintiff's Statement of Errors be overruled and that judgment be entered in favor of Defendant.  (Doc. 13).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and the decision of the Commissioner of Social Security is **AFFIRMED**. Final judgment will be entered in favor of Defendant.

The Clerk shall remove Document 13 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**